EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address):* | FOR COURT USE ONLY |
|---|---|

Blake E. Williams (SBN: 233158)
Saltzman & Johnson Law Corporation
44 Montgomery Street, Suite 2110
San Francisco, California 94104

TELEPHONE NO.: (415) 882-7900    FAX NO. *(Optional)* (415) 882-9287
E-MAIL ADDRESS *(Optional)*: bwilliams@sjlawcorp.com
ATTORNEY FOR *(Name)*: District Council 16 N. Cal. Health & Welfare, et al.

[✓] ATTORNEY FOR   [✓] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

United States District Court

STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, California 94102
BRANCH NAME: Northern District of California

PLAINTIFF: District Council 16 N. Cal. Health & Welfare Trust Funds

DEFENDANT: Jose Murillo, individually & dba Murillo Floor Covering

| WRIT OF | [✓] **EXECUTION (Money Judgment)** | CASE NUMBER: |
|---|---|---|
| | [ ] **POSSESSION OF**   [ ] Personal Property   [ ] Real Property | C10-0345 JSW |
| | [ ] **SALE** | |

1. **To the Sheriff or Marshal of the County of:** United States District Court, Northern District of California

You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* District Council 16 Northern California Health and Welfare Trust Fund, et al.

is the [✓] judgment creditor [ ] assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name and last known address):*

┌─────────────────────────────┐
Murillo Floor Covering
895 Stillwater Road, Suite 100
West Sacramento, California 95605
└─────────────────────────────┘

┌─────────────────────────────┐
Jose Manuel Murillo
895 Stillwater Road, Suite 100
West Sacramento, California 95605
└─────────────────────────────┘

[ ] Additional judgment debtors on next page

5. **Judgment entered on** *(date):* May 4, 2010

6. [ ] **Judgment renewed on** *(dates):*

7. **Notice of sale** under this writ
   a. [✓] has not been requested.
   b. [ ] has been requested *(see next page).*

8. [ ] Joint debtor information on next page.

[SEAL]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment .................. $ 77,227.68
12. Costs after judgment (per filed order or memo CCP 685.090) ............ $
13. Subtotal *(add 11 and 12)* ......... $
14. Credits ...................... $
15. Subtotal *(subtract 14 from 13)* ...... $
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees)... $
17. Fee for issuance of writ .............. $
18. **Total** *(add 15, 16, and 17)* ........... $ 77,227.68
19. Levying officer:
  (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of. ...... $ 10.58 from 5/5/10
  (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) ............. $
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

**RICHARD W. WIEKING**

Issued on *(date)* MAY 1 4 2010    Clerk, by   LILI M. HARRELL    Deputy

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]
**WRIT OF EXECUTION**
American LegalNet, Inc.
www.USCourtForms.com
Code of Civil Procedure, §§ 699.520, 712.010,
Government Code, § 6103.5.
www.courtinfo.ca.gov